**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1349**

_____

ROBERT EMERSON LAMB,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE, Commissioner of Social
Security,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
District Judge.   (04:07-cv-00019-RBS)

_____

Submitted:  August 10, 2007        Decided:  August 20, 2007

_____

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Emerson Lamb, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Emerson Lamb appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint and dismissing it as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i),(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lamb v. Astrue, No. 4:07-cv-00019-RBS (E.D. Va. April 10, 2007). We deny Lamb's pro se motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED